No. 856. JEFFERSON *v.* TAIYO KAIUN K. K. ET AL. C. A. 5th Cir. Certiorari denied. *Arthur J. Mandell* for petitioner. *William C. Harvin* for respondents. ▆

No. 858. YACIMIENTOS PETROLIFEROS FISCALES *v.* PARAGON OIL CO., INC., ET AL. C. A. 2d Cir. Certiorari denied. *Ralph Bosch* and *Charles A. Ellis* for petitioner. *David I. Gilchrist* and *Eli Ellis* for respondents. ▆

No. 860. ILLINOIS PROTESTANT CHILDREN'S HOME *v.* DEPARTMENT OF PUBLIC WELFARE OF ILLINOIS ET AL. Supreme Court of Illinois. Certiorari denied. *William C. Burt, Selma M. Levine* and *Eugene A. Tappy* for petitioner. *William G. Clark,* Attorney General of Illinois, *William C. Wines* and *Raymond S. Sarnow,* Assistant Attorneys General, and *Phillip J. Murphy,* Special Assistant Attorney General, for respondents.

No. 865. COLE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles B. Evins* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. ▆

No. 868. MELQUIST *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Charles A. Bellows* for petitioner.

No. 870. CONGREGATION OF SISTERS OF CHARITY OF THE INCARNATE WORD *v.* CITY OF SAN ANTONIO ET AL. Court of Civil Appeals of Texas, Tenth Supreme Judicial District. Certiorari denied. *Al M. Heck* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Carlos C. Cadena* and *Crawford B. Reeder* for respondents. ▆